IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| VICTORIA ANN DANKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-1039-L |
| | ) | |
| CAROLYN W. COLVIN, acting Commissioner Social Security Administration, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On July 28, 2015, Magistrate Judge Suzanne Mitchell entered her Report and Recommendation in this action brought by plaintiff Victoria Ann Danker for judicial review of the final decision of the Acting Commissioner of the Social Security Administration ("Commissioner") denying plaintiff's application for disability insurance benefits under the Social Security Act. The Magistrate Judge reviewed the pleadings, administrative record, and parties' briefs, and determined that the decision of the Commissioner should be affirmed.

The court file reflects that no party has filed a written objection to the Report and Recommendation within the time limit allowed. Upon *de novo* review,

the court finds that the Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly, the decision of the Commissioner is **AFFIRMED.**

It is so ordered this 27th day of August, 2015.

_____
TIM LEONARD
United States District Judge